UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545<br><br>Master Docket Case No. 1:14-cv-01748<br><br>Honorable Matthew F. Kennelly |
| ROBERT YELTON,<br><br>        Plaintiff,<br><br>vs.<br><br>ABBVIE, INC., and<br>ABBOTT LABORATORIES, INC.,<br><br>        Defendants. | Civil Action No. 1:15-cv-06121<br><br>**STIPULATION TO DISMISS CASE WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendants hereby stipulate and agree that any and all claims asserted by and on behalf of Plaintiff against Defendants in the above-captioned case be and are hereby dismissed with prejudice.  Each party to bare their own fees and costs.

Dated:  August 25, 2017

/s/  Rachel Abrams
Rachel Abrams (CA #209316)
**LEVIN SIMES LLP**
44 Montgomery Street, 32nd Floor
San Francisco, CA  94104
Telephone:    (415) 426-3000
Facsimile:    (415) 426-3001
Email:        rabrams@levinsimes.com
*Attorney for Plaintiff*

/s/ Michelle Hart Yeary (w/consent)
Michelle Hart Yeary
**DECHERT LLP**
902 Carnegie Center, Suite 500
Princeton, NJ 08540-6531
Telephone:    (609) 955-3200
Facsimile:    (609) 873-9151
Email:        michelle.yeary@dechert.com
*Attorney for Defendants*

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2017, a true and correct copy of the foregoing was served via electronic mail with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF counsel of record.

Dated: August 28, 2017

Respectfully submitted,

*/s/ Rachel Abrams*

Rachel Abrams (CA #209316)
**LEVIN SIMES LLP**
44 Montgomery Street, 32nd Floor
San Francisco, CA 94104
Telephone: (415) 426-3000
Facsimile: (415) 426-3001
Email: rabrams@levinsimes.com
**Attorney for Plaintiff**